19-cv-12-jdp *Booker, Romello v. Nelson, Timothy et al*

** TEXT ONLY ORDER **

Drafts of the pre- and post-trial jury instructions, voir dire, and special verdict form are attached. Defendants should ensure that plaintiff receives copies of these documents today so that he can review them before the August 21 conference.

Signed by District Judge James D. Peterson on 8/20/2020.